JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BELINDA MARIE BALL-LIVINGSTON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, <br><br> Defendant. | **Case No. 2:21-cv-00993-GMN-EJY** <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 26, 2021 through and including **August 25, 2021**.  The request was made by Equifax so that it can have an

. . .

. . .

. . .

. . .

1  opportunity to collect and review its internal files pertaining to the allegations in the Complaint,

2  and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

3      Respectfully submitted this 26th day of July, 2021.

4      CLARK HILL PLLC

5  By: /s/Jeremy J. Thompson
Jeremy J. Thompson
6  Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
7  Las Vegas, NV 89169
Tel: (702) 862-8300
8  Fax: (702) 862-8400
Email: jthompson@clarkhill.com
9  

10  *Attorneys for Defendant Equifax Information Services LLC*
11  

12  ***No opposition***

13  /s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
14  Nevada Bar No. 8409
Erik W. Fox, Esq.
15  Nevada Bar No. 8804
COGBURN LAW OFFICES
16  2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
17  Phone: (702) 748-7777
FAX: (702) 966-3880
18  Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com
19  
20  *Attorneys for Plaintiff*
21  
22  IT IS SO ORDERED:

23  

24  _____
United States Magistrate Judge
25  
26  
27  DATED: July 26, 2021
28  

- 2 -